Second Department, July, 1939.

- (July 7, 1939.)

In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION with Respect to JOSEPH F. MIKA, Admitted as JOSEPH F. MIKA, JR., an Attorney, Respondent.— Report of official referee confirmed and respondent suspended from the practice of the law for a period of two years. Respondent was guilty of ambulance chasing but made due account to his clients. His other misconduct resulted in no loss to them, thus tending to indicate the acts were not done with evil intent. Under the circumstances, the court accepts the recommendation of the official referee and suspends respondent from the practice of the law for a period of two years. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ANTON WEIDMANN, an Attorney and Counselor at Law.— Motion to open default in appearing before official referee and to refer the proceeding back to the official referee for further hearing granted. The petition is amended by adding the charges contained in the affidavit of Charles J. Buchner, submitted in opposition to the motion, and said charges are referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Respondent allowed five days after service of a copy of the order entered hereon in which to file an answer. Hearing before the official referee to continue at an early date on three days' notice to the respondent. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ. [See 256 App. Div. 829; Id. 932.]

FLORENCE S. WELLS, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

HARRY EAGLE, an Infant, by ISAAC EAGLE, His Guardian ad Litem, and ISAAC EAGLE, Appellants, v. THE CITY OF NEW YORK, Respondent.— Action (1) to recover damages for personal injuries sustained by the infant plaintiff because of the alleged negligence of the defendant when the truck in which the infant was riding was in collision with a sanitation truck of the defendant; and (2) on the part of the infant's father to recover damages for loss of the latter's services and for the expenses of his cure. Orders respectively denying plaintiffs' motion for an order vacating the sealed verdict of the jury and for a new trial, and denying plaintiffs' separate motion for an order vacating or setting aside the judgment entered in favor of defendant and for a new trial, severally affirmed, with one bill of ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur. [170 Misc. 306.]